UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GREATER NEW YORK MUTUAL INSURANCE
COMPANY a/s/o SAINT PAUL ARMS
CONDOMINIUM ASSOCIATION,
          Plaintiff,

          v.                                          CIVIL ACTION NO.
                                                      13-10164-MBB

LAVELLE INDUSTRIES, INC.,
          Defendant, and

TOTO U.S.A., INC.,
          Defendant and
          Third-Party Plaintiff,

          v.

ERIK DEUTSCH and JULIE HONG,
          Third-Party Defendants.

**FINAL JUDGMENT**

**August 3, 2016**

**BOWLER, U.S.M.J.**

The issues having been duly heard and a verdict rendered by the jury, it is **ORDERED** and **ADJUDGED** that plaintiff Greater New York Mutual Insurance Company take nothing and that this action be dismissed on the merits as to the claims brought by plaintiff. It is further **ORDERED** and **ADJUDGED** that the third-party claims brought by third-party plaintiff Toto U.S.A., Inc. against third-party defendants Erik Deutsch and Julie Hong be **DISMISSED** without prejudice and without costs.

                              /s/ Marianne B. Bowler
                              **MARIANNE B. BOWLER**
                              United States Magistrate Judge